UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-508-MO |
| v. | INDICTMENT |
| ALVARO CARRILLO, | 18 U.S.C. §§ 111(a)(1) and (b) |
| Defendant. | 18 U.S.C. § 1361 |

THE GRAND JURY CHARGES:

COUNT 1
(Aggravated Assault on a Federal Employee with a Dangerous Weapon)
(18 U.S.C. §§ 111(a), 111(b))

On or about November 11, 2025, in the District of Oregon, defendant **ALVARO CARRILLO** knowingly and forcibly assaulted Adult Victim 1 (AV1) and Adult Victim 2 (AV2), United States Customs and Border Protection (CBP) officers employed by the Department of Homeland Security, persons designated in Title 18, United States Code, Section 1114, while AV1 and AV2 were engaged in and on account of the performance of their official duties, and in committing that offense, the defendant used a dangerous weapon, to wit: an automobile.

In violation of Title 18, United States Code, Sections 111(a) and 111(b).

///

## COUNT 2
### (Willfully Injuring or Committing Any Depredation Against Property of the United States)
### (18 U.S.C. § 1361)

On or about November 11, 2025, in the District of Oregon, defendant **ALVARO CARRILLO** did knowingly and willfully injure or commit depredation against property of the United States, specifically, a 2020 Ford Escape, a vehicle used and leased by the United States, and the resulting damage exceeded the sum of $1,000,

In violation of Title 18, United States Code, Section 1361.

Dated: December 9, 2025                                       A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

PAMELA PAASO, TXB#24060371
Assistant United States Attorney